STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Louis Clayton Burgess
Attorney at Law
605 W. Congress St.
Lafayette LA 70501

**REHEARING ACTION: December 19, 2012**

**Docket Number: 12   00355-CA**

**HOLLOWAY DRILLING EQUIPMENT, INC., ET AL.**
**VERSUS**
**DANIELLE BODIN, ET AL.**

**Appealed from Lafayette Parish Case No. C-20101717**

**BEFORE JUDGES:**

> **Hon. John D. Saunders**
> **Hon. Marc T. Amy**
> **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Holloway Drilling Equipment, Inc. and Holloway Rentals, Inc.**

has this day been

> **DENIED.**
> Saunders, J., would grant rehearing.

cc: Steven Charles Lanza, Counsel for the Appellee
    John Kevin Stockstill, Counsel for the Appellee
    William E. Wright, Jr., Counsel for the Appellee
    Charlotte C. Meade, Counsel for the Appellee